

GOVERNOR GREG ABBOTT

November 17, 2021

The Honorable Joseph R. Biden, Jr.
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington DC, 20500-0005

Dear Mr. President:

Ahead of your meeting this week with Mexican President Andrés Manuel López Obrador, I write regarding two urgent issues that require attention from the Mexican Government: border security, and energy.  I ask that you raise these concerns during your time together.

Despite numerous calls to action, your administration refuses to enforce our immigration laws and to secure our southern border.  Unfortunately, Mexico has also been unwilling to stem the flow of illegal immigration and thus contributed to the open border situation.  As a result of the inaction by your administration and the Mexican government, I launched Operation Lone Star in early March to help secure the border and combat the smuggling of people and drugs in Texas. There are currently thousands of state personnel, including DPS troopers, agents, and Texas Rangers, and National Guard soldiers who are engaged in the mission.

In the absence of federal action, Texas will continue to step up.  I urge you to engage the Mexican government about ways to prevent the smuggling of individuals, drugs, and the continued flow of illegal immigrants into Texas.

Additionally, I urge you to take action to protect American assets from seizure by the Mexican government, potentially in violation of international trade laws.  The current situation is untenable for U.S. companies seeking to continue business operations, and is quickly becoming an outright barrier to free trade, energy transactions, and U.S. private investment in the region.  It requires immediate attention by your Administration to prevent irreparable harm to Texas businesses and workers.

The Honorable Joseph R. Biden, Jr.
November 17, 2021
Page 2

It has also come to my attention that the Mexican government is using militarized police forces to prevent the operation of U.S. businesses, undermining U.S. credibility as a trading partner while the border crisis continues to ravage Texas.  In order to protect energy investments in the region, I implore your administration to begin aggressive engagement with Mexico and immediately initiate a dialogue between our countries.

Mexico's actions to curtail competition for Pemex have steadily escalated.  *The Wall Street Journal* recently reported that the Mexican National Guard was deployed to shut down fuel storage assets owned by Texas-based Monterra Energy.  Other American companies face similar operational threats.  Despite these companies' continued efforts to work with Mexican regulators, multiple facilities remain closed and under the supervision of the militarized police force, leaving Texas companies and their employees in an untenable situation.

These actions come on the heels of continued regulatory assault on American companies by the Mexican government at a time when energy prices are rising across our nation.  Accordingly, I ask that your administration immediately engage in a dialogue with Mexican officials to discuss the immediate withdrawal of the Mexican military from U.S.-owned business interests and convey that no further actions to undermine energy development, production, or transmission activities will continue.

Sincerely,

Greg Abbott
Governor

GA:whd