**Most Popular**

1. Man attacks bailiff, punches Houston judge in fit of rage
2. Houston TV news' biggest hirings, departures, 1 notable firing
3. Dr. Peter Hotez answers Twitter question about COVID windfall
4. 12 H amo Har

BUSINESS // ENERGY

# Hard questions at Deer Park go unanswered

George Baker
Nov. 22, 2021







1 of 2

Andres Manuel Lopez Obrador, president of Mexico.
Hector Vivas, Stringer / Getty Images

DEER PARK -- Guy Hackwell, the manager of the Shell-operated refinery here, has worked for Royal Dutch Shell for 30 years. His employment at Shell may come to end in fewer than two weeks.

"As of December 1st, I will no longer be a Shell employee," he recently told residents and officials of this city of 35,000 southeast of Houston. "I will be a Pemex employee."

Shell expects regulatory approval by November 29 from the Committee on Foreign Investment in the United States.

**ADVERTISEMENT**
Article continues below this ad

Hackwell, an Australian with 30 years with the oil major Royal Dutch Shell, provides a good example of sudden change coming to the Deer Park when Shell completes the

sale of its half-interest in the refinery to its partner, Petróleos Mexicanos, or Pemex, and ends more than 27 years as the operator. Hackwell, who was named general manager in February, has become the public-relations front man for both the seller and prospective buyer. The message: The refinery will operate as it always has under the new owner.

In three recent public meetings (one online), Hackwell said the handover of operations from Shell to Pemex has already begun. He assured residents that the jobs of Shell's 900 refinery workers are safe and the emergency response team would be transferred to Pemex along with the refinery. "There will be job gains, as new positions will be created to meet the needs of two companies," he added.

**On HoustonChronicle.com:** Shell to sell interest in Deer Park refinery to Pemex

But Hackwell left unanswered many critical questions, skirting them when pressed by residents, reporters, and me:

How realistic is it to imagine that all of the refinery's output could be sent to Mexico, as Mexico's president, Andrés Manuel López Obrador, says he wants?

What evidence is there that Pemex is qualified to operate the refinery? Pemex was merely an observer of refinery operations in Deer Park. In Mexico, Pemex's refineries operate on average at less than half their capacity.

The refinery has reported losses of $360 million this year. What is the outlook for profitability?

Would the U.S. company set up by Pemex be able to cover the costs of a major safety or environmental incident?

Of the new jobs, how many and of what kind?

When the time comes for the decommissioning of the refinery and environmental remediation, who will be financially responsible for a possible billion-dollar expense?

Such questions were also raised in Mexico following the out-of-the-blue announcement by AMLO in late May. And it's disheartening that elected politicians, business leaders and community activists are not demanding answers to these and other hard questions before this deal gets approval from the Committee on Foreign Investment in the United States and goes through. Consider:

ADVERTISEMENT
Article continues below this ad

Skip to main content

Subscribe   Sign In

billion to buy a money-losing business abroad that has uncalculated liabilities related

to decommissioning and environmental remediation, and for the management of which Pemex has made no preparation in its business plans.

**On HoustonChronicle.com:** Comment: Risks outweigh rewards in AMLO's Deer Park purchase

AMLO has a record of hands-on involvement in executive appointments and procurement. Marcos Herrería, the number 2 executive in Pemex, is an in-law of the president. It would be naïve to suppose that AMLO would not appoint his people to jobs in Deer Park and replace local contractors with his favorites.

Having Pemex as the full owner of the refinery would increase Mexico's energy security, AMLO asserts. Specialists tell me that refineries serve markets with the best margins--not countries, and Deer Park as a refinery dedicated to Mexico makes no economic sense.

## Deafening silence

I asked the Greater Houston Partnership if it would make a public comment about the proposed Pemex deal in Deer Park, or, if not, would it commission a white paper by me that would identify public-interest issues. Ditto the Baker Institute at Rice University and the Law Center at the University of Houston. No dice.

In Deer Park, Mayor Jerry Mouton, Jr. assured me that "Shell has been a great industry partner," implying, I suppose, that any party to whom Shell would sell its interest would behave in the same community-minded fashion. Dr. Brian Babin, the Republican congressman from Deer Park, on June 22, wrote to members of Committee on Foreign Investment in the United States, objecting to the sale to Pemex, citing safety concerns, but since then, he has kept silent.

The sale and transfer of control of the refinery seems to be sailing through with little scrutiny. You have to wonder why and with what consequences.

*George Baker is writes about Mexico energy topics. He is the founding publisher of Mexico Energy Intelligence, an industry newsletter. @Energia_com.*

Written By
**George Baker**

VIEW COMMENTS

UNFAIR BURDEN

## Some Texas religious leaders live in lavish, tax-free estates thanks to obscure law

In many places across Texas, clergy residences known as parsonages are extravagant estates nestled in the state's most exclusive enclaves. But unlike their wealthy neighbors, they pay nothing in taxes.

BY ERIC DEXHEIMER, JAY ROOT, STEPHANIE LAMM

## TRENDING TOPICS

**Beyoncé honors ranchera legend Vicente Fernandez**

**UH's Marcus Jones named AP first-team All-American**

**UH basketball notebook: Two injuries have Sampson's concern**

**Nick Cannon's Wild 'N Out Live is coming to the Houston area**

HOUSTON CHRONICLE

TOP

**ABOUT**

Our Company

Newspaper Delivery Safety Procedures

| | |
|---|---|
| Privacy Notice | Terms of Use |
| Your California Privacy Rights | Advertising |
| Interest Based Ads | Careers |

## CONTACT

| | |
|---|---|
| Subscribe | Frequently Asked Questions |
| e-Edition | Newsroom Contacts |
| Archives | Corporate Subscriptions |
| Customer Service | |

HEARST *newspapers*

©2021 Hearst