## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Aaron Hagele, et al.

v.                                                                                Case Number: 4:21−cv−04103

Shell Oil Company, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**    by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/6/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Temporary Restraining Order − #15

Date:   December 29, 2021

                                                                                     Nathan Ochsner, Clerk