# Exhibit A



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

December 21, 2021

David Fagan
Covington & Burling, LLP
850 Tenth Street, NW
Washington, DC 20001

Re:  <u>CFIUS Case 21-256: Petróleos Mexicanos (Mexico)/Deer Park Refining, L.P.</u>

Dear Mr. Fagan:

Your notice submitted on November 30, 2021, informed the Committee on Foreign Investment in the United States (CFIUS) of the proposed indirect acquisition of a 50.005 percent interest in Deer Park Refining, L.P. by Petróleos Mexicanos.

Subsections 721(a)(4)(B)(i) and (b) of section 721 of the Defense Production Act of 1950, as amended (Section 721), authorize the President, acting through CFIUS, to review and investigate certain mergers, acquisitions, and takeovers that could result in foreign control of any person engaged in interstate commerce in the United States.

Under this authority, CFIUS has reviewed the information provided to it regarding the transaction that is the subject of the notice.  Based upon its review and investigation, and after full consideration of all relevant national security factors, including the factors enumerated in subsection (f) of Section 721, CFIUS has determined that there are no unresolved national security concerns.  Action under Section 721 with respect to this transaction is concluded.

In accordance with Section 721, relevant members of Congress and congressional committees will be advised of this determination.

Sincerely,

Brian N. Reissaus
Senior Official Performing the
Duties of the Assistant Secretary
for Investment Security