**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **Aaron Hagele, Andrew Sarcinella, Jr., and AASH Services, LLC,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action   No. 4:21-cv-04103 |
| **Shell Oil Company, PMI Services North America Inc., and Deer Park Refining Limited Partnership**, | § § § | |
| *Defendants*. | § § | |

**PROPOSED ORDER**

Pending before the Court is Defendants' Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). After reviewing the motion, plaintiffs' response, and any reply, the arguments of counsel, and the relevant law, the Court has determined that the motion should be GRANTED.

It is hereby ORDERED that plaintiffs' claims are DISMISSED with PREJUDICE.

It is SO ORDERED.

SIGNED on _____, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge