United States District Court
Southern District of Texas

**ENTERED**
December 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-04103 |
|---|---|---|---|

| Aaron Hagele, et al. |
|---|
| *versus* |
| Shell Oil Company, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Aldo A. Badini<br>Winston & Strawn LLP<br>200 Park Ave.<br>New York, NY 10166<br>Telephone: (212) 294-4601<br>Email: ABadini@winston.com<br>New York Bar No. 1934892 |
|---|---|

| Name of party applicant seeks to appear for: | PMI Services North America Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 12/29/2021 | Signed: | /s/ Aldo A. Badini |
|---|---|---|

| The state bar reports that the applicant's status is: **Active** |   |   |
|---|---|---|
| Dated: 12/29/2021 | Clerk's signature | *Rosa Eddins* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: December 29, 2021

*Lee H. Rosenthal*
United States District Judge