# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Aaron Hagele, Andrew Sarcinella, Jr., and AASH Services, LLC,** | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action   No. 4:21-cv-04103 |
| **Shell Oil Company, PMI Services North America Inc., and Deer Park Refining Limited Partnership**, | § § § § § | |
| *Defendants*. | § § | |

**DECLARATION OF KRISTEN BERGERON UNDER 28 U.S.C. § 1746**

1.  My name is Kristen Bergeron, and I am over the age of 18. I am employed at Shell Oil Company (Shell) in Houston, where I am a Deal Implementation Team Lead. I have a MBA and BS degrees in business from LSU, and I have been employed at Shell since 2008.

2.  The Deer Park Refinery is currently owned by Deer Park Refining L.P., a limited partnership owned by Shell (50.005%) and PMI Norteamerica S.A. (49.995%). Shell currently operates the refinery on behalf of the partnership. The refinery is largely operated as an integrated site with Shell's adjoining, wholly-owned Deer Park Chemical Plant.

3.  In addition to gasoline, the Deer Park Refinery produces aviation fuels, diesel fuels, ship fuel and petroleum coke.

4.  On May 24, 2021, Shell and PMI announced that Shell would sell its interest in Deer Park Refining L.P. to PMI. The consideration for this transaction is valued at $596 million plus the value of hydrocarbon inventory. *See* Ex. A (Shell Press Release). Shell will retain ownership of the Deer Park Chemical Plant.

5. Since the announcement of the transaction, my duties have included coordinating and implementing transition efforts related to the sale of Shell's interest in the refinery to PMI. The refinery and the adjoining chemical plant are highly integrated, utilizing several common control rooms, control and safety systems, piping and other logistics infrastructure, IT infrastructure, and personnel. There are about 1000 workers at the refinery alone.

6. As a result of this historical integration, preparing for the sale of Shell's interest in the refinery has been a massive undertaking. My job has been to oversee the separation of systems and operations of the refinery and chemical plant so that after closing they can operate independently.

7. To make these changes before closing, Shell has budgeted approximately $30 million dollars, and approximately 90% of the work to complete the separation has already been performed.

8. Among other things these efforts have involved:

    a. Separating the shared control room for the two facilities and creating separate control rooms for each;

    b. Separating process control networks and systems, including monitoring equipment, safety equipment, and systems for operating the various units at the two facilities;

    c. Hiring 35 contractors to create separate finance, human resources, and other "back office" functions for each facility;

    d. Creating a "dual" information technology environment, which will enable certain IT functions to be transferred to PMI at closing. This has included purchasing temporary license from vendors like Microsoft;

  e. Creating new email addresses for refinery employees who will be employed by PMI following the acquisition;

  f. Taking inventory readings on tanks that are currently shared, but which will be allocated between the two facilities at closing;

  g. Allocating the shared fleet of 600 vehicles between the two facilities;

  h. Informing the Environmental Protection Agency, Texas Commission on Environmental Quality, and other regulators about anticipated permit transfers.

9. Should closing be delayed, Shell will be required to spend additional money to maintain systems stuck in limbo and will likely also have to repeat work that has already been done in anticipation of closing.

10. A separate important issue relates to the unionized workforce at the refinery and chemical plant. Shell's current collective bargaining agreement with the United Steel Workers (USW), where the USW represents hourly employees, expires on January 31, 2022. This agreement applies to both the Deer Park Refinery and Deer Park Chemicals Plant workers.

11. Closing the transaction as soon as possible will allow time for Shell to bargain a union contract for the Deer Park Chemicals workers and PMI to bargain for the Deer Park Refinery workers as the successor employer after closing. Any delay in closing will likely complicate bargaining for all parties involved and may impact operations and employee morale if new contracts are not in place before the current USW contract expires on January 31, 2022.

12. In my role, I am also generally familiar with the timeline of the review of the transaction by the Committee on Foreign Investment in the United States (CFIUS). After signing

their share purchase agreement for the Deer Park Refining limited partnership, Shell and PMI notified CFIUS of the planned transaction.

13. On December 21, 2021, Shell received the letter attached as Exhibit B bearing the seal of the Department of the Treasury and signed by Brian N. Reissaus indicating the conclusion of CFIUS's review and stating the transaction presented no unresolved national security concerns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2022, in Houston, Texas.

*Kristen Bergeron*
Kristen Bergeron

# Exhibit A to Declaration of Kristen Bergeron



# Shell to sell interest in Deer Park refinery to partner Pemex

May 24, 2021

Shell Oil Company, a subsidiary of Royal Dutch Shell plc, has reached an agreement for the sale of its interest in Deer Park Refining Limited Partnership, a 50-50 joint venture between Shell Oil Company and P.M.I. Norteamerica, S.A. De C.V. (a subsidiary of Petroleos Mexicanos, or Pemex). The transaction will transfer Shell's interest in the partnership, and therefore full ownership of the refinery, to Pemex, subject to regulatory approvals.

"Shell did not plan to market its interest in the Deer Park refinery; however, following an unsolicited offer from Pemex, we have reached an agreement to transfer our interest in the partnership to them," said Huibert Vigeveno, Shell's Downstream Director. "Pemex has been our strong and active partner at the Deer Park Refinery for nearly 30 years, and we will continue to work with them in an integrated way, including through our on-site chemicals facility, which Shell will retain. Above all, we remain committed to the wellbeing of our employees and will work closely with Pemex to ensure the continued prioritization of safe operations. We're proud of our 90-plus year history as an operator and neighbor at Deer Park and we will continue to play an active role in the community".

The consideration for this transaction is $596 million which is a combination of cash and debt, plus the value of hydrocarbon inventory. This transaction allows Shell to further focus its refining footprint while also maintaining integration optionality and retaining value through its Chemicals and Trading activities.

The transaction is expected to close in Q4 2021.

## Notes to Editors

- The transaction covers the sale of Shell Oil Company's 50.005% interest in Deer Park Refining Limited Partnership. Shell Chemical L.P. will continue to operate its 100% owned Deer Park Chemicals facility located adjacent to the site.
- Deer Park employees will be assigned to either the Refinery or Chemical Plant assets. Employees assigned to the Refinery assets in scope for divestment will be offered employment by Pemex with effect upon closing in accordance with the transaction, and employees assigned to the Chemical Plant assets not in scope for divestment will continue employment with Shell. Pemex will recognize the United Steel Workers and adopt the Collective Bargaining Agreement.

- The Deer Park Refinery has a crude oil capacity of 340,000 barrels per day. The refinery processes crudes from Mexico, Canada, the U.S., Africa and South America. Products produced by the refinery include gasoline, aviation fuels, diesel fuels, ship fuel and petroleum coke.
- The hydrocarbon inventory will be valued at closing based on actual volumes and prevailing market prices. The current value of the hydrocarbon inventory would range from $250 to $350 million in cash assuming current market prices and historic inventory volumes under normal operating conditions.
- Deer Park Refining Limited Partnership is proportionally consolidated into Royal Dutch Shell plc's International Financial Reporting Standards results.
- In our 2020 Q3 results, we outlined the future of our Chemicals and Refining business. Shell plans to concentrate its refining portfolio to a smaller set of core sites that are integrated with Chemicals and Trading, which we refer to as Energy and Chemical Parks. These locations will maximize the integration benefits of conventional fuels and chemicals production while also offering new low carbon fuels and performance chemicals. They also offer future potential hubs for sequestration.
- The United States will remain a key Manufacturing hub globally for Shell. Shell will retain a meaningful presence in Texas through its chemicals facility in Deer Park and its activities in the Permian Basin, and in Louisiana through its integrated refining and chemicals site at Norco, its chemicals facility at Geismar, midstream infrastructure assets, branded retail presence, Gulf of Mexico operations and offices in Houston and New Orleans. Shell will also maintain its marketing presence and continue to honor branded wholesale agreements within the Gulf Coast region. In addition, Shell will continue to invest in its Pennsylvania chemicals project.

## Cautionary Note

The companies in which Royal Dutch Shell plc directly and indirectly owns investments are separate legal entities. In this press release "Shell", "Shell Group" and "Royal Dutch Shell" are sometimes used for convenience where references are made to Royal Dutch Shell plc and its subsidiaries in general. Likewise, the words "we", "us" and "our" are also used to refer to Royal Dutch Shell plc and its subsidiaries in general or to those who work for them. These terms are also used where no useful purpose is served by identifying the particular entity or entities. ''Subsidiaries'', "Shell subsidiaries" and "Shell companies" as used in this press release refer to entities over which Royal Dutch Shell plc either directly or indirectly has control. Entities and unincorporated arrangements over which Shell has joint control are generally referred to as "joint ventures" and "joint operations", respectively. Entities over which Shell has significant influence but neither control nor joint control are referred to as "associates". The term "Shell interest" is used for convenience to indicate the direct and/or indirect ownership interest held by Shell in an entity or unincorporated joint arrangement, after exclusion of all third-party interest.

This press release contains forward-looking statements (within the meaning of the U.S. Private Securities Litigation Reform Act of 1995) concerning the financial condition, results of operations and businesses of Royal Dutch Shell. All statements other than statements of historical fact are, or may be deemed to be, forward-looking statements. Forward-looking statements are statements of future expectations that are based on management's current expectations and assumptions and involve known and unknown risks and uncertainties that could cause actual results, performance or events to differ materially from those expressed or implied in these statements. Forward-looking statements include, among other things, statements concerning the potential exposure of Royal Dutch Shell to market risks and statements expressing management's expectations, beliefs, estimates, forecasts, projections and assumptions. These forward-looking statements are identified by their use of terms and phrases such as "aim", "ambition", ''anticipate'', ''believe'', ''could'', ''estimate'', ''expect'', ''goals'', ''intend'', ''may'', ''objectives'', ''outlook'', ''plan'', ''probably'', ''project'', ''risks'', "schedule", "seek", "should", "target", "will" and similar terms and phrases. There are a number of factors that could affect the future operations of Royal Dutch Shell and could cause those results to differ materially from those expressed in the forward-looking statements included in this press release, including (without limitation): (a) price fluctuations in crude oil and natural gas; (b) changes in demand for Shell's products; (c) currency fluctuations; (d) drilling and production results; (e) reserves estimates; (f) loss of market share and industry competition; (g) environmental and physical risks; (h) risks associated with the identification of suitable potential acquisition properties and targets, and successful negotiation and completion of such transactions; (i) the risk of doing business in developing countries and

countries subject to international sanctions; (j) legislative, fiscal and regulatory developments including regulatory measures addressing climate change; (k) economic and financial market conditions in various countries and regions; (l) political risks, including the risks of expropriation and renegotiation of the terms of contracts with governmental entities, delays or advancements in the approval of projects and delays in the reimbursement for shared costs; (m) risks associated with the impact of pandemics, such as the COVID-19 (coronavirus) outbreak; and (n) changes in trading conditions. No assurance is provided that future dividend payments will match or exceed previous dividend payments. All forward-looking statements contained in this press release are expressly qualified in their entirety by the cautionary statements contained or referred to in this section. Readers should not place undue reliance on forward-looking statements. Additional risk factors that may affect future results are contained in Royal Dutch Shell's Form 20-F for the year ended December 31, 2020 (available at **www.shell.com/investor** and **www.sec.gov**). These risk factors also expressly qualify all forward-looking statements contained in this press release and should be considered by the reader. Each forward-looking statement speaks only as of the date of this press release, May 24, 2021. Neither Royal Dutch Shell plc nor any of its subsidiaries undertake any obligation to publicly update or revise any forward-looking statement as a result of new information, future events or other information. In light of these risks, results could differ materially from those stated, implied or inferred from the forward-looking statements contained in this press release.

We may have used certain terms, such as resources, in this press release that the United States Securities and Exchange Commission (SEC) strictly prohibits us from including in our filings with the SEC. Investors are urged to consider closely the disclosure in our Form 20-F, File No 1-32575, available on the SEC website **www.sec.gov.**

# Enquiries



### Media Relations

International: +44 207 934 5550

US & Brazil: +1 832 337 4355

# MORE IN MEDIA

# Exhibit B to Declaration of Kristen Bergeron



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

December 21, 2021

David Fagan
Covington & Burling, LLP
850 Tenth Street, NW
Washington, DC 20001

Re:  <u>CFIUS Case 21-256: Petróleos Mexicanos (Mexico)/Deer Park Refining, L.P.</u>

Dear Mr. Fagan:

Your notice submitted on November 30, 2021, informed the Committee on Foreign Investment in the United States (CFIUS) of the proposed indirect acquisition of a 50.005 percent interest in Deer Park Refining, L.P. by Petróleos Mexicanos.

Subsections 721(a)(4)(B)(i) and (b) of section 721 of the Defense Production Act of 1950, as amended (Section 721), authorize the President, acting through CFIUS, to review and investigate certain mergers, acquisitions, and takeovers that could result in foreign control of any person engaged in interstate commerce in the United States.

Under this authority, CFIUS has reviewed the information provided to it regarding the transaction that is the subject of the notice.  Based upon its review and investigation, and after full consideration of all relevant national security factors, including the factors enumerated in subsection (f) of Section 721, CFIUS has determined that there are no unresolved national security concerns.  Action under Section 721 with respect to this transaction is concluded.

In accordance with Section 721, relevant members of Congress and congressional committees will be advised of this determination.

Sincerely,

Brian N. Reissaus
Senior Official Performing the
Duties of the Assistant Secretary
for Investment Security