# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Aaron Hagele, Andrew Sarcinella, Jr., and AASH Services, LLC, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-04103 |
| Shell Oil Company, PMI Service North America Inc., and Deer Park Refining Limited Partnership, | § § § | |
| *Defendants.* | § § | |

## DECLARATION OF MARCELO M. BLACKBURN

1.     My name is Marcelo M. Blackburn. I am an attorney and partner in the law firm of Winston & Strawn LLP, and am counsel to Defendant P.M.I. Services North America, Inc. ("PMI") in the above-captioned proceeding. I am a member in good standing of the State Bar of New York and am admitted *pro hac vice* to practice before this Court.

2.     I submit this Declaration in support of Defendants' Opposition to Plaintiffs' Application for Either a Temporary Restraining Order or Preliminary Injunctive Relief. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to these facts under oath.

3.    Attached hereto as **Exhibit A** is a true and correct copy of a certified English translation of a section of the transcript of the press conference held by Mexican President Andrés Manuel López Obrador on December 22, 2021, which can be found at https://presidente.gob.mx/22-12-21-version-estenografica-de-la-conferencia-de-prensa-matutina-del-presidente-andres-manuel-lopez-obrador/.

4.    Attached hereto as **Exhibit B** is a true and correct copy of a certified translation of a Microsoft PowerPoint presentation entitled "Deer Park Refinery Acquisition," which was presented during the above-referenced press conference held by Mexican President Andrés Manuel López Obrador on December 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2022.

_M. Blackburn_

Marcelo M. Blackburn

# Exhibit A



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 185 Clymer Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated a section of the Press Conference transcript within the web page 'www.gob.mx/presidencia/articulos/version-estenografica-conferencia-de-prensa-del-presidente-andres-manuel-lopez-obrador-del-22-de-diciembre-de-2021?idiom=es' from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: December 29, 2021

Wolf Markowitz

Signature of Notary Public
ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2025



**Transcript of President Andrés Manuel López Obrador's morning press conference [English translation]**

December 22, 2021

**[…other topics…]**

**MARCELO EBRARD CASAUBON, SECRETARY OF FOREIGN AFFAIRS:** Thank you very much. With your permission, Mr. President.

To comment that the authorization for the transaction that the CEO of Petróleos Mexicanos is going to comment on in a moment, was received yesterday from the Committee on Foreign Investment in the United States, which has been established by law since 1950 and was updated in 2018 and 2020, and that law provides for the participation of all the areas linked to the national security of the United States so that when there is a purchase transaction or a relevant investment in the United States coming from a foreign country, a national security assessment is made, that is to say, whether or not there are elements that could put the security of the United States at risk.

So, yesterday we received the communication from that committee, which is under the Treasury Department, addressed to the legal representation of Petróleos Mexicanos, regarding the transaction involving the Deer Park refinery, located in Houston.

What is reported here is that, in accordance with the legal provisions in the United States, a review was made beginning on November 30, 2021 of the documents submitted by Petróleos Mexicanos and Shell for the acquisition of the Deer Park plant in Houston.

The communication indicates here what are the applicable legal provisions of the United States and says that, with respect to and in accordance with these provisions, the Committee on Foreign Investment in the United States —whose acronym, CFIUS, stands for Committee on Foreign Investment in the United States— has reviewed the information that was made available to it regarding the transaction under discussion, and based on the review that was made and the investigation that was made, and after taking into account all relevant national security considerations and factors that determine the national security of the United States, including the factors that are listed in subsection F of section 721, which are all those that have, or may have, a bearing on the national security of the United States, the committee has determined that there are no unresolved national security concerns.

Therefore, in accordance with section 271 of the legal provisions referred to herein, the review of this transaction has been concluded. This means that the transaction has been authorized following completion of all the corresponding reviews.

This is communicated to us by the Assistant Secretary responsible for Investment Security, under the Department of the Treasury. It demonstrates a very good relationship between Mexico and the United States.

Today we would like to thank the different areas in the United States involved in this decision for their involvement and participation, and especially President Biden and his team.

This is what President López Obrador has been building, which we saw recently at the summit in Washington, consisting of trust, mutual respect and as a result, this authorization, which ratifies it and is very good news. We appreciate it.

That is all, Mr. President.

**OCTAVIO ROMERO OROPEZA, GENERAL DIRECTOR OF PETRÓLEOS MEXICANOS (PEMEX):** With your permission, Mr. President.

Well, as the President of the Republic and Secretary Marcelo Ebrard commented, yesterday we received the authorization to finalize the purchase of the Deer Park refinery from Shell, at Shell's percentage, which is 50 percent.

Just remember that in 1992 there was a partnership between Pemex and Shell to acquire this refinery. The decision was made; instead of building a refinery in Mexico, the previous administrations, the 1992 administration to be precise, decided to acquire this refinery in partnership with Shell under the argument of processing Mexican crude oil, which at that time was making its way into the U.S. North Coast market, so this partnership goes back a long way.

From the beginning it was not even, it was not equivalent, because Shell owned 50.005 percent of the shares and Pemex 49.995. This insignificant percentage difference allowed Shell to operate the refinery and make the decisions.

As time went by, Pemex, due to the fact that it already had a great demand for its crude oil along the North American north coast, no longer benefitted from placing its crude oil in the Deer Park refinery because it could place it in any other refinery at the same price, but, nevertheless, the decisions were made by Shell and this meant that, although for several years there were distributions of dividends, of profits, in the end the decisions were in the sense that the profits were reinvested in the same refinery and, therefore, Pemex no longer obtained any benefit.

Therefore, this transaction, which has now been authorized and will take place in the next few days, is of the utmost relevance because Pemex is now the... or rather, Pemex and the country, now own the Deer Park refinery, and this will allow all fuels, gasoline, diesel and turbosine to be the property of the Mexican people in order to satisfy the energy self-sufficiency program that the President of the Republic has been leading.

So, if I may, President, in September 2020, the President of the Republic was informed of the possibility of acquiring the Deer Park refinery. The president was informed that Shell was willing to sell some of its refineries, except Deer Park, it wanted to sell any of them, except Deer Park. And the president placed this condition on us:  yes, there was interest, as long as the refinery was Deer Park. We did it with a small degree of difficulty that fortunately was resolved.

In October 2020, the initial offer was delivered to Shell.

In January 21 a confidentiality agreement was signed between Pemex and Shell.

A non-binding agreement with the terms of the transaction, including price and joint operation agreement, was signed in March.

In May 21, the definitive sale and purchase agreement was signed, which was already binding, conditioned, of course, by the approval of the U.S. government.

Notification to the U.S. government authorities began in June 2020 and since June and December, until December, work has been done to have all the systems, contracts and actions in place to ensure operational continuity after the closure of the transaction.

Next, please. Then, as the Chancellor commented, the approval process for the purchase of Shell's stake in Deer Park has been concluded, the U.S. government did not identify any risks in terms of competition or national security.

Then, on July 23, we received antitrust approval from the U.S. Federal Trade Commission.

And yesterday, December 21, 2021, we received the authorization from CFIUS, the Committee on Foreign Investment in the United States.

The Treasury Department, which is the presiding entity, the Department of Justice, the Department of Homeland Security, the Department of Commerce, the Department of Defense, the Department of State, the Department of Energy, the Office of the U.S. Trade Representative and the Office of Science and Technology Policy all participate in this body, so the issue of permits for the acquisition of the Deer Park refinery is covered.

Next. This is very important because the terms of the transaction have not changed from the May 24, 2021 announcement. This means that the value of the transaction for the refinery assets remains $596 million, which is equivalent to 50 percent of the refinery debt, which is Shell's interest in the partnership.

Additionally, by instruction of the President of the Republic, the existing debt for the other 596 million dollars, corresponding to 50 percent of Pemex's share, is going to be paid off. This means that the refinery had debt equivalent to its value of close to 1.2 billion dollars. The debt corresponding to Shell and that corresponding to Pemex will be

paid, so that the refinery will be added to the country, to the country's assets, to Pemex's assets, free of debt, totally clean, and these resources for the transaction will come from the National Infrastructure Fund, the Fonadin, from the Ministry of Finance, to be clearer.

Next, please. These are the general characteristics of the Deer Park refinery. It is located in Houston, Texas, Deer Park's processing capacity is 340 thousand barrels per day. It is integrated to Shell's petrochemical complex in Deer Park, making it possible for many of the products other than gasoline, diesel and turbosine to be marketed in a very agile way and with very little in logistics because they are practically together. It has the capacity to market its products by ship, by pipeline and of course by tanker cars, by train, and its production capacity is of the order of 131 thousand barrels of gasoline, 89 thousand barrels of diesel, 21 thousand barrels of turbosine, 61 thousand barrels of other products and it does not produce fuel oil.

This map shows a little bit of the logistics topic we were talking about. The red lines are the pipelines that the refinery has in service today. It has pipelines that go to the north of the United States, to the northeast and of course they reach El Paso, Texas, and with the possibility of entering our national territory through Ciudad Juarez, Chihuahua, Durango, Brownsville —well, here the dotted line refers to the tank cars, the railroad— Sabinas, Monclova, Nuevo Laredo, Brownsville.

And the part of the ships, that we mainly have access to the port of Tuxpan, which is where our gasoline enters, the gasoline that we buy from abroad.

Next please. According to expert sources, the Deer Park refinery is an asset with good operating performance and an advantageous logistical position, as we have already seen.

So, Deer Park is the 16th-largest refinery in crude oil processing capacity out of 129 in the United States, Deer Park is the 16th, and it is also the 18th in conversion ratio of the total number of refineries in the United States. Its configuration allows it to process heavy feedstocks with high sulfur content without producing fuel oil.

And well, its performance is within the top third in energy utilization and efficiency. Of the 129 refineries, Deer Park is in the top third in efficiency, mainly due to major repairs and maintenance that have always been performed according to the schedule allowed for competitive performance.

The next one please. This is a very interesting slide, because it shows the conversion ratio and the processing capacity of the refineries on the North Coast, North American, U.S. coast. The north coast is the region with the largest refining capacity in the world and you can see here the location of Deer Park. It is above the standard, with a conversion ratio of over 80 percent for refineries with a capacity of over 300 thousand barrels per day.

The conversion ratio, to be clear about the concept, is the capacity to use crude oil streams. And a very interesting fact, the average in the United States of this conversion capacity is 59 percent, Deer Park is above 80 percent.

Next, please. Well, from May to date, Pemex is carrying out actions to guarantee the operational continuity of the refinery after the closure of the transaction.

Well, in order to ensure a successful transfer of control, we plan to finalize the purchase during the first weeks of 2022.

Pemex and Shell are working to ensure that all operational and administrative aspects of the refinery will function properly after the closure of the transaction.

In the next few days, the corporate actions, notifications and contracting necessary to close the transaction will be scheduled and finalized.

And finally, the Ministry of Finance and Public Credit, through the Treasury of the Federation, has already reserved almost 1.2 billion dollars for the purchase of the refinery.

I don't know if there are any graphs left.

Well, this would be the logo, just so you can be familiar with it. Pemex Deer Park.

And that concludes our presentation, Mr. President.

**PRESIDENT ANDRÉS MANUEL LÓPEZ OBRADOR:** Thank you.

We would like to thank President Biden for his confidence and the officials of all the U.S. government agencies that participated in this authorization.

We would like to thank Shell's management for maintaining the transaction under the agreed terms.

And to tell the people of Mexico that this means having more capacity to process the crude oil, the raw material, that is extracted from our country's wells; both onshore and shallow water wells.

With this refinery, with the new Dos Bocas refinery and also with the Tula coker, we are increasing our refining capacity by around 700,000 barrels per day.

To this we should add the fact that since we took office, an average of 10 billion pesos have been invested in the refurbishment of the six existing refineries, and production is increasing due to maintenance and equipment replacement, and it is expected that by

next year, with the six refineries we will have a production capacity of one million 200 thousand barrels, plus the 700 additional barrels.

We will already be in a position to process all our raw materials, and we hope that this can be done by 2023, which will mean producing all our fuels in Mexico. This is a turning point, a very important change in terms of oil policy and it is very good news.

For many years, Mexico did not buy gasoline; it was produced. The policy changed and it was decided to sell raw material and buy gasoline. Just to have an idea of what this means, the director of Pemex, Octavio Romero, just said that in the United States they have 129 refineries, 129, and the technocrats stopped building refineries; the last refinery was this one, but it was not built in Mexico, it was in 1992; before that, the Salina Cruz refinery, which was built in Mexico, started operating in 1980, more than 40 years without building a new refinery, from 129 to six, and always based on the falsehood that to engage in refining wasn't good business, that it was better to sell crude oil and buy gasoline; which is, as we have said many times in a metaphorical way, selling oranges to buy orange juice.

We are now moving towards self-sufficiency, which will allow us to maintain low prices in gasoline, diesel, turbo fuel and other petroleum products, because we have the capacity to process our raw materials. This is the change in oil policy, among other things.

**[…other topics…]**

# Exhibit B



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 185 Clymer Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish into English and vice versa; and they have professionally translated the document referenced as **"Presidencia Deer park 2021 12 21 PM – Con recuadro.pptx"** from Spanish into English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: January 3, 2022

Wolf Markowitz

Signature of Notary Public
ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2025



# Deer Park Refinery Acquisition



**December 22, 2021**

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.

# Deer Park Refinery Purchase - Milestones



- The President was informed of the opportunity to purchase the Deer Park Refinery in September of 2020.

- The initial offer was delivered to Shell in October of 2020.

- A confidentiality agreement was signed between PEMEX and Shell in January of 2021.

- A non-binding agreement was signed in March, stating the terms of the transaction, including price and joint operation.

- **The final (binding) purchase agreement was signed in May of 2021, conditioned on approval by the United States Government.**

- Notification of US Government authorities began in June of 2020.

- Work has been carried out from June to December to put all systems, contracts, and actions into place to ensure continuity of operations following closure of the purchase.

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.

2

# Approvals in the United States

 

**The approval process for the purchase of Shell's share of Deer Park has been concluded.**

**The United States Government did not identify any risks in terms of antitrust or national security.**

| Date | Authorization | Responsible Agencies |
|---|---|---|
| **July 23, 2021** | **Antitrust**<br>(Hart-Scott-Rodino) | Federal Trade Commission (FTC) |
| **December 21, 2021** | **National Security**<br>(Committee on Foreign Investment in the United States, CFIUS) | Department of the Treasury (USDT): presiding body<br>Department of Justice (DOJ)<br>Department of Homeland Security (DHS)<br>Department of Commerce(DOC)<br>Department of Defense (DOD)<br>Department of State (DOS)<br>Department of Energy (DOE)<br>United States Trade Representative (USTR)<br>Office of Science and Technology Policy (OSTP) |

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.

3

 

**The terms of the transaction are unchanged from the May 24, 2021 announcement**

- The value of the transaction for the **refinery assets is US$596 million**, equivalent to 50% of the refinery's debt (Shell's interest in the company).

- In addition, the **existing debt** of 596 million, which corresponds to 50% of PEMEX's share, **will be paid off**.

- The financial resources for the transaction will come from the **Fondo Nacional de Infraestructura** (FONADIN – National Infrastructure Fund).

Note: the refinery has inventories of hydrocarbons (crude oil and products) of which PEMEX owns 50% and which, as in other transactions of this type, the purchaser acquires at closing.

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.

4

# General Features of the Deer Park Refinery






| Location | <ul><li>Deer Park, Texas</li><li>Navegable channel from Houston (*Houston Ship Channel*)</li></ul> |
|---|---|
| **Processing Capacity** | <ul><li>340,000 barrels per day (rated)</li></ul> |
| **Integration** | <ul><li>Integrated into Shell's petrochemical complex at Deer Park</li></ul> |
| **Logistics** | <ul><li>Ability to market products by ship, duct or train (tank car)</li></ul> |
| **Products in 2021** | <ul><li>Gasolines and components 131 Mbd</li><li>Diesel and ultra low sulfur 89 Mbd</li><li>Turbosine (jet fuel) 21 Mbd</li><li>Other products 61 Mbd</li><li>No fuel oil produced <1%</li></ul> |

# PEMEX Refining Infrastructure and Logistical Integration of Deer Park






**Legend:**
- Refinery
- Pemex Duct
- Third-party Duct
- Railway
- Marine Route
- PEMEX Terminals
- PMI Terminals

**Explorer**

**Colonial**

**Cadereyta**
- Coker
- CI 10.6

**Deer Park**
- Coker, Hydrocracking
- CI 12.1

El Paso

Cd. Juárez

Magellan South System

Chihuahua

Sabinas

Monclova

N. Laredo

Durango

Brownsville

Gómez Palacio

**Madero**
- Coker
- CI 13.4

**Salamanca**
- FCC Alky
- CI 7.3

Tuxpan

**Minatitlán**
- Coker
- CI 10.7

**Tula**
- FCC Alky
- CI 9.3

**Salina Cruz**
- FCC Alky
- CI: 7.4

CI: Complexity Index

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.

# Competitiveness of Deer Park

 

▪ According to expert sources, the Deer Park refinery is an asset with good operating performance and an advantageous logistical location.

**Deer Park is the 16th largest refinery in crude oil processing capacity of the 129 refineries in the United States.**



- ■ Scale is one of the crucial elements of refinery competitiveness at the global level.

**Deer Park has the 18th best conversion ratio of all refineries in the United States.**



- ■ Its configuration makes it possible to process heavy raw materials with a high sulfur content, without producing fuel oil.

**Its performance is among the top third in energy use and efficiency.**



- ■ Major repairs and maintenance have been carried out on schedule, allowing the plant to maintain competitive performance.

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.

# Deer Park in Relation to other Gulf of Mexico North Coast Refineries




**The North Coast of the Gulf of Mexico is the region with the highest refining capacity in the world.**



The conversion ratio is the capacity utilization of crude oil streams.
The U.S. average is 58.8%.

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.

# Deer Park in Relation to other Gulf of Mexico North Coast Refineries




**The North Coast of the Gulf of Mexico is the region with the highest refining capacity in the world.**



The conversion ratio is the capacity utilization of crude oil streams.
The U.S. average is 58.8%.

Source: IHS Markit

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.

 

**From May to the present date, PEMEX has been carrying the actions necessary to ensure the operational continuity of the refinery after the closing of the sale.**

- In order to ensure a **successful transfer of** control, the plan is to finalize the purchase during the first few weeks of 2022.

- PEMEX and Shell are working to ensure that all **operational and administrative aspects** of the refinery are functioning properly after the close of the sale.

- In the next few days, the **corporate actions, notifications and contracting** necessary to close the transaction will be scheduled and finalized.

2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.









2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.









2021 D.R. Petróleos Mexicanos. Todos los derechos reservados.