IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Aaron Hagele, Andrew Sarcinella, Jr., and AASH Services, LLC,** § § § *Plaintiffs*, § § v. § § **Shell Oil Company, PMI Service North America Inc., and Deer Park Refining Limited Partnership**, § § § § *Defendants*. § | Civil Action   No. 4:21-cv-04103 |

**DEFENDANTS SHELL OIL COMPANY AND
DEER PARK REFINING LIMITED PARTNERSHIP'S
DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1**

The nongovernmental corporate parties, Shell Oil Company and Deer Park Refining Limited Partnership, in the above listed civil action, have the following parent corporation(s) and publicly held corporations(s) that own 10% or more of its stock:

PMI Services North America, Inc. owns 49.995% of Deer Park Refining Limited Partnership

Shell Oil Company owns 50.005% of Deer Park Refining Limited Partnership

Shell Petroleum, Inc. owns 100% of Shell Oil Company

Shell Petroleum, N.V., owns 100% of Shell Petroleum, Inc.

Royal Dutch plc is a publicly traded corporation that owns 100% of Shell Petroleum, N.V.

-1-

-2-

Dated: January 5, 2022.                                    Respectfully submitted,

 

                                                                                               */s/ Layne E. Kruse*  
                                                                                               Layne E. Kruse

**OF COUNSEL:**                                                State Bar No. 11742550  
                                                                                                Federal ID No. 2383

NORTON ROSE FULBRIGHT US LLP              layne.kruse@nortonrosefulbright.com  
Carlos R. Rainer                                              1301 McKinney, Suite 5100  
State Bar No. 24027641                                        Houston, TX 77010-3095  
carlos.rainer@nortonrosefulbright.com                         Telephone: (713) 651-5151  
Anne M. Rodgers                                               Facsimile: (713) 651-5246  
State Bar No. 17133025  
anne.rodgers@nortonrosefulbright.com          *Attorney-in-Charge for Defendants Shell Oil*  
Eliot Turner                                  *Company and Deer Park Refining Limited*  
State Bar No. 24066224                        *Partnership*  
eliot.turner@nortonrosefulbright.com  
Luke Schamel  
State Bar No. 24106403  
luke.schamel@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 5, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

                                                                        */s/ Layne E. Kruse*  
                                                                        Layne E. Kruse

                                                                        *Counsel for Defendants Shell Oil Company and*  
                                                                        *Deer Park Refining Limited Partnership*