IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Aaron Hagele, Andrew Sarcinella, Jr., and AASH Services, LLC,** | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action   No. 4:21-cv-04103 |
| **Shell Oil Company, PMI Services North America Inc., and Deer Park Refining Limited Partnership**, | § § § § § | |
| *Defendants*. | § § | |

### DEFENDANT PMI SERVICES NORTH AMERICA INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant P.M.I. Services North America, Inc. hereby makes the following corporate disclosure statement:  (i) P.M.I. Norteamérica, S.A. de C.V. and P.M.I. Holdings Petróleos España, S.L., together, are the parent companies of, and wholly own, P.M.I. Services North America, Inc.; (ii) Holdings Holanda Services, B.V. and P.M.I. Holdings Petróleos España, S.L., together, are the parent companies of, and wholly own, P.M.I. Norteamérica, S.A. de C.V.; (iii) Petróleos Mexicanos is the parent company of, and wholly owns, Holdings Holanda Services, B.V.; and (iv)  Petróleos Mexicanos is the parent company of, and wholly owns, P.M.I. Holdings Petróleos España, S.L.

Dated:  January 6, 2022

Respectfully submitted,

*/s/ Michael T. Murphy*

Michael T. Murphy
State Bar No. 24051098
Federal ID No. 621098
mtmurphy@winston.com
WINSTON & STRAWN LLP
800 Capitol St., Suite 2400

1


Houston, TX 77002
Telephone:  (713) 651-2600
Facsimile:  (713) 651-2700

Winston & Strawn LLP
Aldo A. Badini*
abadini@winston.com
Marcelo M. Blackburn*
mblackburn@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700

*Admitted pro hac vice

*Attorney-in-Charge for Defendant PMI Services North America, Inc.*