**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **Aaron Hagele, Andrew Sarcinella, Jr., and AASH Services, LLC,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action    No. 4:21-cv-04103 |
| **Shell Oil Company, PMI Service North America Inc., and Deer Park Refining Limited Partnership**, | § § § § | |
| *Defendants*. | § § | |

**DEFENDANTS SHELL OIL COMPANY AND
DEER PARK REFINING LIMITED PARTNERSHIP'S AMENDED
DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1**

The nongovernmental corporate parties, Shell Oil Company and Deer Park Refining Limited Partnership, in the above listed civil action, have the following parent corporation(s) and publicly held corporations(s) that own 10% or more of their stock:

P.M.I. Norteamérica, S.A. de C.V. owns 49.995% of Deer Park Refining Limited Partnership

Shell Oil Company owns 50.005% of Deer Park Refining Limited Partnership

Shell Petroleum, Inc. owns 100% of Shell Oil Company

Shell Petroleum, N.V., owns 100% of Shell Petroleum, Inc.

Royal Dutch plc is a publicly traded corporation that owns 100% of Shell Petroleum, N.V.

Dated: January 11, 2022.                    Respectfully submitted,


                                            */s/ Layne E. Kruse*_____
**OF COUNSEL:**                             Layne E. Kruse
                                            State Bar No. 11742550
NORTON ROSE FULBRIGHT US LLP                Federal ID No. 2383
Carlos R. Rainer                            layne.kruse@nortonrosefulbright.com
State Bar No. 24027641                      1301 McKinney, Suite 5100
carlos.rainer@nortonrosefulbright.com       Houston, TX 77010-3095
Anne M. Rodgers                             Telephone: (713) 651-5151
State Bar No. 17133025                      Facsimile: (713) 651-5246
anne.rodgers@nortonrosefulbright.com
Eliot Turner                                *Attorney-in-Charge for Defendants Shell Oil*
State Bar No. 24066224                      *Company and Deer Park Refining Limited*
eliot.turner@nortonrosefulbright.com        *Partnership*
Luke Schamel
State Bar No. 24106403
luke.schamel@nortonrosefulbright.com


## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.


                                            */s/ Layne E. Kruse*_____
                                            Layne E. Kruse

                                            *Counsel for Defendants Shell Oil Company and*
                                            *Deer Park Refining Limited Partnership*