IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **AARON HAGELE, ANDREW SARCINELLA, JR., and AASH SERVICES, LLC** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )<br>) |
| **SHELL OIL COMPANY, PMI SERVICES NORTH AMERICA INC., and DEER PARK REFINING LIMITED PARTNERSHIP,** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## *NOTICE OF VOLUNTARY DISMISSAL*

**PLEASE TAKE NOTICE** that Plaintiffs hereby dismiss this case pursuant to FRCP 41(a)(1)(i).

Dated: January 28, 2022

LANGONE LAW LLC

By: */s/ Mark T. Lavery*


Attorney for Plaintiff